IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| U CAN RENT, LLC, on behalf of itself and all others similarly situated, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) CASE NO. 2:17-cv-736-ECM<br>) [WO] |
| NISSAN NORTH AMERICA, INC., | )<br>) |
| Defendant. | ) |

## MEMORANDUM OPINION AND ORDER

On June 12, 2019, Heninger Garrison Davis, LLC and the Law Offices of Troy King's filed a Motion to Withdraw as Counsel for Defendant U Can Rent, LLC. The Court ordered U Can Rent to either respond to the Motion or else have new counsel enter an appearance. (Doc. 67). The Court warned U Can Rent that failure to comply with the order could result in the dismissal of its case.

U Can Rent has already missed a deadline and the Court provided U Can Rent the opportunity to explain the failure to comply with the Court's order. (Doc. 75). The Court has also repeatedly granted extensions of the time to file a response to Counsel's Motion. (Docs. 74, 78). U Can Rent has again missed a deadline despite the repeated extensions and repeated warnings that failure to comply with the Court's order could result in the dismissal of its case.

Accordingly, it is ORDERED that this case be DISMISSED without prejudice for Plaintiff U Can Rent's failure to comply with the Court's order to respond to counsel's

motion or else obtain new counsel.  The pending motions to dismiss (docs. 31, 32, 33) are DENIED as moot.

The law firm Heninger Garrison Davis, LLC and Troy Robin King of The Law Offices of Troy King are ORDERED to serve the Plaintiff with a copy of this order and the forthcoming Final Judgment, by certified mail, return receipt requested and file a certificate showing that the Plaintiff has been served.  Counsel shall file the return receipt—the online tracking confirmation, by itself, is not sufficient.

DONE this 16th day of September, 2019.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE