IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| U CAN RENT, LLC, on behalf of itself and all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 2:17-cv-736-ECM ) |
| NISSAN NORTH AMERICA, INC., | ) ) |
| Defendant. | ) |

## FINAL JUDGMENT

In accordance with the memorandum opinion entered in this case on this day, it is ORDER, JUDGMENT, and DECREE of the Court that this case is DISMISSED without prejudice.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Fed. R. Civ. P. 58.

DONE this 16th day of September, 2019.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE